```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
In Re: ORLY GENGER,                      :
                                         :       24cv8076 (DLC)
                         Debtor,         :
                                         :          ORDER
-----------------------------------------:
                                         :
ADBG LLC, ET AL.,                        :
                                         :
                         Appellant,      :
                                         :
              -v-                        :
                                         :
SAGI GENGER, ET AL.,                     :
                                         :
                         Appellees.      :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

　　An Order of October 30, 2024 set a schedule for briefing in this matter following the docketing of notice that the record has been transmitted or is available electronically. On December 19, the notice that the record is available electronically was docketed. Accordingly, it is hereby

　　ORDERED that appellants shall file their brief by **January 10, 2025.** The appellee's brief is due **January 31, 2025.** Any reply is due **February 14, 2025.**

　　IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail

2

or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:     New York, New York
           December 19, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge

2