UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

In Re: ORLY GENGER,

                      Debtors
------------------------------------------------------------------X
ADBG LLC, ET AL.,

                Appellants,                  24 **CIVIL** 8076 (DLC)

        -against-                              **JUDGMENT**

SAGI GENGER, ET AL.,

                     Appellees.
------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 24, 2025, the Memorandum Decision of the Bankruptcy Court is hereby affirmed; accordingly, the case is closed.

**Dated:** New York, New York
          April 25, 2025

                                                           **TAMMI M. HELLWIG**

                                                           **Clerk of Court**
                                  **BY:**

                                                           **Deputy Clerk**